# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Serenity L.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | **CASE NO. 1:10-CV-00076** |
| Anthony G.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | **Judge Sandra Beckwith** |
| Robert W.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | **NOTICE OF APPEAL** |
| Diane F.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | |
| Helen W.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | |
| David B.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | |
| Alan ("Al") G.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | |
| Alice G.<br>c/o Ohio Justice & Policy Center<br>215 E. Ninth Street, Suite 601<br>Cincinnati, Ohio 45202, | |

John V.
c/o Ohio Justice & Policy Center
215 E. Ninth Street, Suite 601
Cincinnati, Ohio 45202,

Guy B.
c/o Ohio Justice & Policy Center
215 E. Ninth Street, Suite 601
Cincinnati, Ohio 45202,

and

John Doe, Jane Doe, and all others similarly situated,

**Plaintiffs**,

vs.

Ohio Department of Rehabilitation and Correction
770 West Broad Street
Columbus, Ohio 43222,

Ernie L. Moore, in his official capacity as Director of ODRC
770 West Broad Street
Columbus, Ohio 43222

Ohio Department of Mental Health
30 East Broad Street, 8th Floor
Columbus, Ohio 43215-3430, and

Sandra Stephenson, in her capacity as Director of ODMH
30 East Broad Street, 8th Floor
Columbus, Ohio 43215-3430,

**Defendants**.

Notice is hereby given that Plaintiffs Serenity L., Anthony G., Robert W., Diane F., Helen W., David B., Alan ("Al") G., Alice G., John V., Guy B., and John Doe, Jane Doe, and all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from an Order dated January 26, 2011, granting Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF Doc. 30), and the Final Judgment entered on January 26, 2011 (ECF Doc 31).

Dated:  February 22, 2011

Respectfully submitted,

*/s/ Jack B. Harrison*
Jack B. Harrison, # 0061993
CORS & BASSETT LLC
Suite 400
537 East Pete Rose Way
Cincinnati, Ohio 45202
513-852-8208
Fax: 513-852-2222
Email: JBH@corsbassett.com

Gerald L. Baldwin, # 0015635
Shannah J. Morris, # 0079643
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202-4182
513-651-6800
Facsimile:  513-651-6981
Email: gbaldwin@fbtlaw.com
         smorris@fbtlaw.com

David A. Singleton, # 0074556
Bess M. Okum, # 0064861
Ohio Justice & Policy Center
215 East 9th Street, Suite 601
Cincinnati, OH 45202
Phone:  (513) 421-1108
Fax:  (513) 562-3200
Email:  dsingleton@ohiojpc.org
          bokum@ohiojpc.org

        Robert A. Cole, # 0083053
Aneel L. Chablani, # 0083043
Advocates for Basic Legal Equality, Inc
Center for Equal Justice
525 Jefferson Avenue, Suite 300
Toledo, Ohio  43604
Voice: (419)255-0814
Fax: (419)259-2880
rcole@ablelaw.org
achablani@ablelaw.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

        ___/s/ Jack B. Harrison_____